

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-15-00168-CV**

STEVE MOSHER
APPELLANT

V.

MACK & SNAK, LLC, ELENI
MOSHTAGHI, AND MELINDA
MENDOZA
APPELLEES

------------

### FROM THE 89TH DISTRICT COURT OF WICHITA COUNTY
### TRIAL COURT NO. 180,607-C

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Amended Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DELIVERED:  June 11, 2015